UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| EDGAR NEWBERG, | Civil No. 08-4681 (JRT/JJG) |
| Plaintiff, | |
| v. | **ORDER** |
| MICHAEL SCHWEISS AND SCHWEISS DISTRIBUTING, INC., | |
| Defendants. | |

_____

David Schultz and Nicole Narotzky, **MASLON EDELMAN BORMAN & BRAND, LLP**, 90 South Seventh Street, Suite 3300, Minneapolis, MN 55402, for plaintiff.

Joy Reopelle Anderson and Dean Eyler, **GRAY PLANT MOOTY MOOTY & BENNETT, PA**, 80 South Eighth Street, Suite 500, Minneapolis, MN 55402, for defendants.

This matter is before the Court upon the stipulation of dismissal filed by the parties on April 7, 2010 [Docket No. 30].

**IT IS HEREBY ORDERED** that the above-captioned matter is **DISMISSED WITH PREJUDICE** and each party is to bear its own costs and attorneys' fees.

DATED: April 8, 2010
at Minneapolis, Minnesota.

                                                                      s/ John R. Tunheim
                                                                JOHN R. TUNHEIM
                                                         United States District Judge